**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| **WILLIE HUDDLESTON,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 4:04CV1053-DJS |
| ) | |
| **JO ANNE B. BARNHART,** Commissioner ) | |
| of Social Security, ) | |
| ) | |
| Defendant. ) | |

### JUDGMENT

Pursuant to the order entered herein this day,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that judgment is entered in favor of defendant and against plaintiff, and the final decision of the Commissioner of Social Security denying plaintiff's application for disability insurance benefits and for supplemental security income benefits under Titles II and XVI of the Social Security Act is affirmed.

Dated this   8th   day of September, 2005.

                                          /s/Donald J. Stohr
                                          UNITED STATES DISTRICT JUDGE